UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONAS MIRE** | **CIVIL ACTION NO.** |
| **VERSUS** | **JUDGE:** |
| **SEACOR MARINE, INC., ET AL** | **MAGISTRATE JUDGE:** |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Petitioner, JONAS MIRE, an individual over the age of majority and domiciled in the Parish of Acadia, who respectfully represents as follows:

1.

This cause of action arises under admiralty and general maritime law, 28 USC Title 133, and Louisiana law is the substantive applicable law.

2.

Made defendants herein are:

    A)    SEACOR MARINE, INC., a foreign corporation authorized to do and doing business in Louisiana, whose registered agent for service of process is National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

    B)    SEACOR LIFTBOATS LLC, a foreign corporation authorized to do and doing business in Louisiana, whose registered agent for service of process is

|     |     |
| --- | --- |
|     | National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; |
| C)  | SEACOR OFFSHORE LLC, a foreign corporation authorized to do and doing business in Louisiana, whose registered agent for service of process is National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; |
| D)  | SEACOR LB OFFSHORE LLC, a foreign corporation authorized to do and doing business in Louisiana, whose registered agent for service of process is National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; |
| E)  | SEACOR MARINE LLC, a foreign corporation authorized to do and doing business in Louisiana, whose registered agent for service of process is National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; |
| F)  | SEACOR MARINE INTERNATIONAL LLC, a foreign corporation authorized to do and doing business in Louisiana, whose registered agent for service of process is National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; and |
| G)  | SEACOR AMH LLC, a foreign corporation authorized to do and doing business in Louisiana, whose registered agent for service of process is National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816. |

3.

On or about December 12, 2014, plaintiff, Jonas Mire, was employed by CETCO as a Lead Operator and was working at the Anchor Energy Production Facility, Ship Shoal 229C approximately 62 miles from the shore of the State of Louisiana.  Jonas Mire was working on an Anchor Production Platform located on the Outer Continental Shelf which was located over navigable waters and as such jurisdiction and venue is proper pursuant to Federal Maritime Law and Diversity Jurisdiction, and Louisiana law is the substantive applicable law.

4.

On or about December 12, 2014, plaintiff, Jonas Mire, while employed for CETCO OILFIELD FILTRATION , was rigging up a Coiled Tubing equipment using a jack-up-boat/lift boat's crane to lift the riser section of the equipment in order to drain water out of the bottom of the riser.  The jack-up-boat/lift boat was located in navigable waters adjacent to the Anchor Production Platform.  Two CETCO employees, including Jonas Mire, were instructed to hold straps in place in order to keep the slack out as the crane operator was lifting the riser utilizing the straps.  At a morning safety meeting, it was understood that the riser was was only to be lifted 2 to 3 inches.  Because the crane operator could not see the work being performed, a radio operator person, Taylor Clark, was required to give instructions to the crane operator.  Approximately 3 seconds after Taylor Clark gave the ok to the crane operator to "wench up" the riser with the straps attached, Taylor Clark radioed and "All Stop".  Despite the morning safety meeting instructions and the "All Stop", the crane operator continued to wench up the riser for an approximate additional 2 seconds causing the straps pulling the riser to pop while petitioner, Jonas Mire, was still holding the strap in place.

5.

Directly after the December 12, 2014 accident, Petitioner noticed that the crane operator who was climbing out of the crane was not the normal crane operator, Sidney; instead, it was a man who was wearing an orange hard hat, which is an offshore sign of being a new hire.

6.

When the strap popped in Jonas Mire's hand, the force from the strap blasted petitioner's fist into his own face knocking off his goggles and hard hat and sending him flying approximately 40 feet away.  Petitioner sustained a crushing injury to his hand, fracture of his right wrist, sustained contusions to the top of his right hand and forearm, and sustained carpal tunnel syndrome, amongst other injuries.

7.

SEACOR MARINE, INC. and/or SEACOR LIFTBOATS, LLC and/or SEACOR OFFSHORE LLC and/or SEACOR LB OFFSHORE LLC and/or SEACOR MARINE LLC and/or SEACOR MARINE INTERNATIONAL LLC and/or SEACOR AMH LLC (hereinafter "SEACOR) owned and/or leased and/or operated the jack-up-boat/lift boat whose crane was being utilized during this incident.  Additionally, SEACOR employed the unknown crane operator who was operating the crane at the relevant time of the accident described herein, and the unknown crane operator was working in the course and scope of his employment with SEACOR at all times relevant herein making SEACOR vicariously responsible for its employee.

8.

Defendants, SEACOR, are liable unto complainant for their negligence and fault, including but not limited to the following:

    A.     Failure to properly supervise and/or train its employes/crane operator;

    B.     Negligently lifting the riser in question in an unsafe manner and/or at an unsafe speed, in unsafe conditions, and with improperly trained and/or supervised crane operators;

    C.     Other acts of fault and/or negligence to be shown at the trial on the merits of this matter.

9.

As a direct and proximate result of the negligence of the defendant(s), plaintiff, Jonas Mire, suffered the following non-exclusive damages:

    A)     Pain and suffering (past, present, and future);

    B)     Lost wages (past, present, and future);

    C)     Loss of earning capacity;

    D)     Mental anguish and emotional distress;

    E)     Loss of enjoyment of life;

    F)     Medical Expenses (past, present, and future); and

    G)     Any and all other damages to be set forth at the time of trial of this matter.

10.

Petitioner is entitled to and seeks a trial by jury of this matter.

WHEREFORE, Petitioner prays that a copy of the Complaint be served on the defendant(s), and after all legal delays and due proceedings are had, that judgment be rendered in Petitioner's favor and against defendant(s) for all such damages as are reasonable under the premises, attorney's fees, all costs of these proceedings, interest thereon from the date of judicial demand until paid, and all

such other relief to which Petitioner is entitled at law or in equity.

                              Respectfully submitted:

                              /s/ Craig J. Fontenot
                              Craig J. Fontenot - Bar No. 24415
                              WILLIAMSON, FONTENOT, & CAMPBELL, LLC
                              343 Royal Street
                              Baton Rouge, LA 70802
                              Telephone: (225) 383-4010
                              Facsimile: (225) 383-4114
                              *Attorney for Petitioner, Jonas Mire*